UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WATSON, JOSEPH | § | Case No. 11-12178 |
| WATSON, MARY | § | |
| | § | |
| Debtor(s) | § | |

### SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA HELMS, SUCCESSOR TRUSTEE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-12178 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
| Case Name: | WATSON, JOSEPH | | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | WATSON, MARY | | 341(a) Meeting Date: | 05/24/11 |
| For Period Ending: | 08/29/14 | | Claims Bar Date: | 10/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 968 S WESTERN SKIES DRIVE, GILBERT, AZ | 241,500.00 | 79,188.38 | | 257,012.86 | FA |
| Real property sold per order 5/11/12; exemption on property denied per order 8/30/11 | | | | | |
| 2. ITASCA BANK | 100.00 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 4. FIDELITY | 50.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, ETC | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 9. EXPECTED TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 KIA SPECTRA | 1,450.00 | 0.00 | | 0.00 | FA |
| 11. POST-PETITION TRANSFER OF RENT (u) | 9,400.00 | 9,400.00 | | 9,400.00 | FA |
| Turnover per order dated 12/14/12 of post-petition rent received | | | | | |
| 12. RENT FROM AZ PROPERTY | 0.00 | 5,935.52 | | 5,935.52 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $256,500.00 | $94,523.90 | | $272,348.38 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active
EMPLOYED BROKER IN AZ TO SELL PROPERTY; SOLD PROPERTY IN AZ; WORKING ON COLLECTION OF POST-PETITION FUNDS BY DEBTOR TO BE RETURNED TO ESTATE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-12178    Judge: DONALD R. CASSLING | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
| Case Name: | WATSON, JOSEPH | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | WATSON, MARY | 341(a) Meeting Date: | 05/24/11 |
| | | Claims Bar Date: | 10/19/11 |

Order approving settlement on post-petition funds by debtor. Debtors paid approved sum.

Filed final tax returns.

Initial Projected Date of Final Report (TFR): 12/30/14      Current Projected Date of Final Report (TFR): 12/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
| | WATSON, MARY | Account Number / CD #: | *******7801 Checking Account |
| Taxpayer ID No: | *******3903 | | |
| For Period Ending: | 08/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/12 | 12 | Power Realty Services, LLC<br>4745 South Rim Road<br>Gilbert, AZ 85297 | RENT | 1122-000 | 2,632.43 | | 2,632.43 |
| 04/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 2.74 | 2,629.69 |
| 05/09/12 | 12 | Power Realty Services<br>4745 Soth Rim Road<br>Gilbert, AZ 85297 | RENT | 1122-000 | 1,600.07 | | 4,229.76 |
| 05/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 6.07 | 4,223.69 |
| 06/11/12 | 12 | POWER REALTY<br>4745 SOUTH RIM ROAD<br>GILBERT, AZ 85297- | RENT | 1122-000 | 1,703.02 | | 5,926.71 |
| 06/14/12 | | GRAND CANYON TITLE AGENCY, INC.<br>20329 NORTH 59TH AVENUE<br>SUITE A4<br>GLENDALE, AZ 85308 | SALE OF REAL PROPERTY | | 41,197.31 | | 47,124.02 |
| | 1 | | Memo Amount: 257,012.86<br>GROSS SALE PROCEEDS | 1110-000 | | | |
| | | | Memo Amount: ( 1,575.50 )<br>TITLE CHARGES | 2500-000 | | | |
| | | | Memo Amount: ( 305.50 )<br>ESCROW CHARGES | 2500-000 | | | |
| | | | Memo Amount: ( 112,431.39 )<br>PAYOFF TO PNC BANK | 4110-000 | | | |
| | | | Memo Amount: ( 78,510.20 )<br>PAYOFF TO WELLS FARGO HOME MORTGAGE | 4110-000 | | | |

Page Subtotals 47,132.83 8.81

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Bank Name: | Green Bank |
| | WATSON, MARY | | Account Number / CD #: | *******7801 Checking Account |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount: ( 15,270.00 ) REALTOR COMMISSION | 3510-000 | | | |
| | | | Memo Amount: ( 37.50 ) RECORDING FEE | 2500-000 | | | |
| | | | Memo Amount: ( 3,009.50 ) MISC. CLOSING CHARGES | 2500-000 | | | |
| | | | Memo Amount: ( 959.58 ) COUNTY TAXES | 2820-000 | | | |
| | | | Memo Amount: ( 1,221.38 ) JUNE RENT PRORATION | 2500-000 | | | |
| | | | Memo Amount: ( 2,495.00 ) TRANSFER OF SECURITY AND PET DEPOSIT | 2500-000 | | | |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 45.04 | 47,078.98 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 73.52 | 47,005.46 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 83.19 | 46,922.27 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 65.94 | 46,856.33 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 75.61 | 46,780.72 |
| 11/13/12 | 11 | EDWARD JONES 201 PROGRESS PKWY | SETTLEMENT | 1249-000 | 9,400.00 | | 56,180.72 |

Page Subtotals 9,400.00 343.30

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
| Case Name: | WATSON, JOSEPH | | Bank Name: | Green Bank |
| | WATSON, MARY | | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | MARYLAND HEIGHTS, MO  63043 | | | | | |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 87.22 | 56,093.50 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 84.67 | 56,008.83 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 90.38 | 55,918.45 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/21/13 | 003001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 52.97 | 55,865.48 |
| | | 701 POYDRAS STREET | 2300-000        $-52.97 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 81.49 | 55,783.99 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 90.01 | 55,693.98 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 86.97 | 55,607.01 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 95.52 | 55,511.49 |
| | | US Trustee Services | | | | | |

Page Subtotals        0.00        669.23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
| Case Name: | WATSON, JOSEPH | | Bank Name: | Green Bank |
| | WATSON, MARY | | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 80.90 | 55,430.59 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 89.44 | 55,341.15 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 95.06 | 55,246.09 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 80.52 | 55,165.57 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 89.02 | 55,076.55 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 88.87 | 54,987.68 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 85.87 | 54,901.81 |

Page Subtotals     0.00     609.68

FORM 2

Page: 5

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
| | WATSON, MARY | Account Number / CD #: | *******7801 Checking Account |
| Taxpayer ID No: | *******3903 | | |
| For Period Ending: | 08/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 94.31 | 54,807.50 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 79.88 | 54,727.62 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 82.61 | 54,645.01 |
| 04/02/14 | 003002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15<br>    2300-000    $-45.35 | 2300-000 | | 45.35 | 54,599.66 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 76.75 | 54,522.91 |
| 05/02/14 | | Transfer to Acct #*******1855 | Bank Funds Transfer | 9999-000 | | 5,452.91 | 49,070.00 |
| 05/02/14 | | Transfer to Acct #*******1855 | Bank Funds Transfer | 9999-000 | | 49,070.00 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 257,012.86 | COLUMN TOTALS | | 56,532.83 | 56,532.83 | 0.00 |
| Memo Allocation Disbursements: | 215,815.55 | Less: Bank Transfers/CD's | | 0.00 | 54,522.91 | |
| | | Subtotal | | 56,532.83 | 2,009.92 | |
| Memo Allocation Net: | 41,197.31 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 56,532.83 | 2,009.92 | |

Page Subtotals      0.00      54,901.81

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 18.01

FORM 2

Page: 6
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | WATSON, MARY | | Account Number / CD #: | *******1855  Checking - Non Interest |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******7801 | Bank Funds Transfer | 9999-000 | 5,452.91 | | 5,452.91 |
| 05/02/14 | | Transfer from Acct #*******7801 | Bank Funds Transfer | 9999-000 | 49,070.00 | | 54,522.91 |
| 06/06/14 | 010001 | Illinois Department of Revenue | 2010 1041 | 2820-000 | | 355.00 | 54,167.91 |
| | | P.O. Box 19009 | | | | | |
| | | Springfield IL 62794 | | | | | |
| 06/06/14 | 010002 | Arizona Department of Revenue | 2012 | 2820-000 | | 141.00 | 54,026.91 |
| | | P.O. Box 52138 | | | | | |
| | | Phoenix AZ 85072 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.04 | 53,945.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 54,522.91 | 577.04 | 53,945.87 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 54,522.91 | 0.00 | |
| | | Subtotal | | 0.00 | 577.04 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 577.04 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 257,012.86 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 215,815.55 | Checking Account - *******7801 | | 56,532.83 | 2,009.92 | 0.00 |
| | | Checking - Non Interest - ********1855 | | 0.00 | 577.04 | 53,945.87 |
| Total Memo Allocation Net: | 41,197.31 | | | 56,532.83 | 2,586.96 | 53,945.87 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    54,522.91    577.04

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | WATSON, MARY | Account Number / CD #: | *******1855  Checking - Non Interest |
| Taxpayer ID No: | *******3903 | | |
| For Period Ending: | 08/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: __/s/ BRENDA HELMS, SUCCESSOR TRUSTEE__  Date: 08/29/14
BRENDA HELMS, SUCCESSOR TRUSTEE

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 29, 2014 |
|---|---|---|---|---|---|---|

Case Number:   11-12178          Priority Sequence
Debtor Name:   WATSON, JOSEPH

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | INNOVALAW | Administrative | | $0.00 | $4,965.00 | $4,965.00 |
| 001<br>3120-00 | INNOVALAW | Administrative | | $0.00 | $50.89 | $50.89 |
| 001<br>3410-00 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $1,293.20 | $1,293.20 |
| 001<br>3420-00 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $46.62 | $46.62 |
| | Subtotal for Priority 001 | | | $0.00 | $6,355.71 | $6,355.71 |
| 200<br>2200-00 | David E. Grochocinski, Trustee<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $12.00 | $12.00 |
| 200<br>2100-00 | David E. Grochocinski, Trustee<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $16,867.42 | $16,867.42 |
| | Subtotal for Priority 200 | | | $0.00 | $16,879.42 | $16,879.42 |
| 1<br>610<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $20,328.63 | $20,328.63 |
| 2<br>610<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $6,385.96 | $6,385.96 |
| 3<br>610<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  430543025 | Unsecured | | $8,446.00 | $8,446.23 | $8,446.23 |
| 4<br>610<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $1,509.73 | $1,509.73 |
| 5<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  198505145 | Unsecured | | $6,972.00 | $6,972.94 | $6,972.94 |
| 6<br>610<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Heritage Chase<br>POB 41067<br>Norfolk, VA  23541 | Unsecured | | $16,475.00 | $16,475.99 | $16,475.99 |
| 7<br>610<br>7100-00 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL  617023397 | Unsecured | (7-1) 2411 | $207.00 | $207.21 | $207.21 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2014 |
|---|---|---|---|---|---|

Case Number: 11-12178
Debtor Name: WATSON, JOSEPH

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>610<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured | (8-1) CREDIT CARD DEBT | $732.00 | $785.31 | $785.31 |
| | Subtotal for Priority 610 | | | $32,832.00 | $61,112.00 | $61,112.00 |
| | Case Totals: | | | $32,832.00 | $84,347.13 | $84,347.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-12178
Case Name: WATSON, JOSEPH
             WATSON, MARY
Trustee Name: BRENDA HELMS, SUCCESSOR TRUSTEE

              Balance on hand                                    $

     Claims of secured creditors will be paid as follows:

                                    NONE


     Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: David Grochocinski, TRUSTEE | $ | $ | $ |
| Trustee Expenses: David Grochocinski, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: INNOVALAW | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ | $ | $ |
| Other: INNOVALAW | $ | $ | $ |
| Other: Alan D. Lasko & Associates | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses      $_____

     Remaining Balance                                           $_____


     Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ | $ | $ |
| 2 | Atlas Acquisitions LLC | $ | $ | $ |
| 3 | Discover Bank | $ | $ | $ |
| 4 | Atlas Acquisitions LLC | $ | $ | $ |
| 5 | Chase Bank USA, N.A. | $ | $ | $ |
| 6 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 7 | VERIZON WIRELESS | $ | $ | $ |
| 8 | American Express Centurion Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE