UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WATSON, JOSEPH § Case No. 11-12178
WATSON, MARY §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF THE COURT
                    219 s. DEARBORN STREET
                    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2014 in Courtroom 240,
                    Kane County Courthouse
                    100 S. Third Street
                    Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/02/2014                 By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WATSON, JOSEPH § Case No. 11-12178
WATSON, MARY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 272,348.38 |
| and approved disbursements of | $ | 218,402.51 |
| leaving a balance on hand of[1] | $ | 53,945.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 16,867.42 | $ 0.00 | $ 16,867.42 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 12.00 | $ 0.00 | $ 12.00 |
| Attorney for Trustee Fees: INNOVALAW | $ 4,965.00 | $ 0.00 | $ 4,965.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ 1,293.20 | $ 0.00 | $ 1,293.20 |
| Other: INNOVALAW | $ 50.89 | $ 0.00 | $ 50.89 |
| Other: Alan D. Lasko & Associates | $ 46.62 | $ 0.00 | $ 46.62 |
| Total to be paid for chapter 7 administrative expenses | | | $ 23,235.13 |
| Remaining Balance | | | $ 30,710.74 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,112.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ 20,328.63 | $ 0.00 | $ 10,215.79 |
| 2 | Atlas Acquisitions LLC | $ 6,385.96 | $ 0.00 | $ 3,209.15 |
| 3 | Discover Bank | $ 8,446.23 | $ 0.00 | $ 4,244.50 |
| 4 | Atlas Acquisitions LLC | $ 1,509.73 | $ 0.00 | $ 758.69 |
| 5 | Chase Bank USA, N.A. | $ 6,972.94 | $ 0.00 | $ 3,504.13 |
| 6 | Portfolio Recovery Associates, LLC | $ 16,475.99 | $ 0.00 | $ 8,279.71 |
| 7 | VERIZON WIRELESS | $ 207.21 | $ 0.00 | $ 104.13 |
| 8 | American Express Centurion Bank | $ 785.31 | $ 0.00 | $ 394.64 |

Total to be paid to timely general unsecured creditors       $       30,710.74

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joseph Leya Watson
Mary Fricke Watson
    Debtors

Case No. 11-12178-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ccabrales        Page 1 of 2        Date Rcvd: Sep 03, 2014
                       Form ID: pdf006      Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
db           #+Joseph Leya Watson,    PO BOX 1161,    Elmhurst, IL 60126-8161
jdb           +Mary Fricke Watson,    PO BOX 1161,    Elmhurst, IL 60126-8161
17008298      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17887478       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17008301      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17008299      +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
17505187      +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville OH 43081-2822
17656107       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17008307      +Ekmark & Ekmark, LLC,    6720 N. Scottsdale Rd.,,    Suite 261,    Scottsdale, AZ 85253-4468
17008295      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17008296      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17008294      +NCB NE ER,    Attn: Bankruptcy Dept.,    4661 E Main St,    Columbus, OH 43213-3298
17008303      +National City Bank,    Bankruptcy Department,    4653 E. Main Street,    Columbus, OH 43251-0001
17801725     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    c/o Heritage Chase,    POB 41067,
                 Norfolk VA 23541)
17008302      +Pennymac Loan Services,    Attn: Bankruptcy Dept.,    27001 Agoura Rd Ste 350,
                 Calabasas, CA 91301-5112
17008304      +Receivables Performance Mgmt.,    Bankruptcy Department,    1930 220th St., Ste. 101,
                 Bothell, WA 98021-8410
17008306      +Santana Ridge Condo Assoc.,    Attn: Bankruptcy Dept.,    4645 E. Cotton Gin Loop,
                 Phoenix, AZ 85040-8885
17008297      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17008305      +Verizon,    Bankruptcy Administration,    404 Brock Drive,    Bloomington, IL 61701-2654
17008293     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                 8480 Stagecoach Cir,    Frederick, MD 21701)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17485104      +E-mail/Text: bnc@atlasacq.com Sep 04 2014 05:38:58      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
17565900       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17008300      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17825246     ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales           Page 2 of 2            Date Rcvd: Sep 03, 2014
                              Form ID: pdf006           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Karolina L Hollingsworth    on behalf of Joint Debtor Mary Fricke Watson ndil@geracilaw.com
          Karolina L Hollingsworth    on behalf of Debtor Joseph Leya Watson ndil@geracilaw.com
          Nathan E Curtis    on behalf of Joint Debtor Mary Fricke Watson ndil@geracilaw.com
          Nathan E Curtis    on behalf of Debtor Joseph Leya Watson ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 6
```