UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
WATSON, JOSEPH                        §    Case No. 11-12178
WATSON, MARY                          §
                                      §
           Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____        By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 NCB NE ER Attn: Bankruptcy Dept. 4661 E Main St Columbus OH 43213 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| | PAYOFF TO PNC BANK | | | | | |
| | PAYOFF TO WELLS FARGO HOME MORTGAGE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI, TRUSTEE | | | | | |
| DAVID E. GROCHOCINSKI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ESCROW CHARGES | | | | | |
| JUNE RENT PRORATION | | | | | |
| MISC. CLOSING CHARGES | | | | | |
| RECORDING FEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TITLE CHARGES | | | | | |
| TRANSFER OF SECURITY AND PET | | | | | |
| ASSOCIATED BANK | | | | | |
| Green Bank | | | | | |
| ARIZONA DEPARTMENT OF REVENUE | | | | | |
| COUNTY TAXES | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INNOVALAW | | | | | |
| INNOVALAW | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| REALTOR COMMISSION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Santana Ridge Condo Assoc. Attn: Bankruptcy Dept. 4645 E. Cotton Gin Loop Phoenix AZ 85040 | | | | | |
| 11 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 6720 N. Scottsdale Rd., Suite 261 Scottsdale AZ 85253 | | | | | |
| | 7 National City Bank Bankruptcy Department 4653 E. Main Street Columbus OH 43251 | | | | | |
| | 8 Pennymac Loan Services Attn: Bankruptcy Dept. 27001 Agoura Rd Ste 350 Calabasas CA 91301 | | | | | |
| | 9 Receivables Performance Mgmt. Bankruptcy Department 1930 220th St., Ste. 101 Bothell WA 98021 | | | | | |
| | Ekmark & Ekmark, LLC | | | | | |
| 8 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC | | | | | |
| 2 | ATLAS ACQUISITIONS LLC | | | | | |
| 4 | ATLAS ACQUISITIONS LLC | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 3 | DISCOVER BANK | | | | | |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 7 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-12178 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | WATSON, MARY | | 341(a) Meeting Date: | 05/24/11 |
| For Period Ending: | 12/03/14 | | Claims Bar Date: | 10/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 968 S WESTERN SKIES DRIVE, GILBERT, AZ | 241,500.00 | 79,188.38 | | 257,012.86 | FA |
| Real property sold per order 5/11/12; exemption on property denied per order 8/30/11 | | | | | |
| 2. ITASCA BANK | 100.00 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 4. FIDELITY | 50.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, ETC | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 9. EXPECTED TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 KIA SPECTRA | 1,450.00 | 0.00 | | 0.00 | FA |
| 11. POST-PETITION TRANSFER OF RENT (u) | 9,400.00 | 9,400.00 | | 9,400.00 | FA |
| Turnover per order dated 12/14/12 of post-petition rent received | | | | | |
| 12. RENT FROM AZ PROPERTY | 0.00 | 5,935.52 | | 5,935.52 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $256,500.00     $94,523.90     $272,348.38     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active

EMPLOYED BROKER IN AZ TO SELL PROPERTY; SOLD PROPERTY IN AZ; WORKING ON COLLECTION OF POST-PETITION FUNDS BY DEBTOR TO BE RETURNED TO ESTATE

LFORM1     Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-12178 Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WATSON, JOSEPH | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | WATSON, MARY | 341(a) Meeting Date: | 05/24/11 |
| | | Claims Bar Date: | 10/19/11 |

Order approving settlement on post-petition funds by debtor. Debtors paid approved sum.

Filed final tax returns.

TFR filed. Final hearing scheduled 9/26/14. Funds distributed to creditors 9/30/14. Waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 12/30/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
|  | WATSON, MARY | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 |  |  |
| For Period Ending: | 12/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/10/12 | 12 | Power Realty Services, LLC<br>4745 South Rim Road<br>Gilbert, AZ  85297 | RENT | 1122-000 | 2,632.43 |  | 2,632.43 |
| 04/30/12 |  | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 |  | 2.74 | 2,629.69 |
| 05/09/12 | 12 | Power Realty Services<br>4745 Soth Rim Road<br>Gilbert, AZ  85297 | RENT | 1122-000 | 1,600.07 |  | 4,229.76 |
| 05/31/12 |  | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 |  | 6.07 | 4,223.69 |
| 06/11/12 | 12 | POWER REALTY<br>4745 SOUTH RIM ROAD<br>GILBERT, AZ  85297- | RENT | 1122-000 | 1,703.02 |  | 5,926.71 |
| 06/14/12 | 1 | GRAND CANYON TITLE AGENCY, INC.<br>20329 NORTH 59TH AVENUE<br>SUITE A4<br>GLENDALE, AZ  85308 | SALE OF REAL PROPERTY |  | 41,197.31 |  | 47,124.02 |
|  |  |  | Memo Amount:       257,012.86<br>GROSS SALE PROCEEDS | 1110-000 |  |  |  |
|  |  |  | Memo Amount:    (      1,575.50 )<br>TITLE CHARGES | 2500-000 |  |  |  |
|  |  |  | Memo Amount:    (        305.50 )<br>ESCROW CHARGES | 2500-000 |  |  |  |
|  |  |  | Memo Amount:    (    112,431.39 )<br>PAYOFF TO PNC BANK | 4110-000 |  |  |  |
|  |  |  | Memo Amount:    (     78,510.20 )<br>PAYOFF TO WELLS FARGO HOME MORTGAGE | 4110-000 |  |  |  |

Page Subtotals        47,132.83        8.81

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
|  | WATSON, MARY | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 | | |
| For Period Ending: | 12/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:    ( 15,270.00 )<br>REALTOR COMMISSION | 3510-000 | | | |
| | | | Memo Amount:    ( 37.50 )<br>RECORDING FEE | 2500-000 | | | |
| | | | Memo Amount:    ( 3,009.50 )<br>MISC. CLOSING CHARGES | 2500-000 | | | |
| | | | Memo Amount:    ( 959.58 )<br>COUNTY TAXES | 2820-000 | | | |
| | | | Memo Amount:    ( 1,221.38 )<br>JUNE RENT PRORATION | 2500-000 | | | |
| | | | Memo Amount:    ( 2,495.00 )<br>TRANSFER OF SECURITY AND PET DEPOSIT | 2500-000 | | | |
| 06/29/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 45.04 | 47,078.98 |
| 07/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 73.52 | 47,005.46 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 83.19 | 46,922.27 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 65.94 | 46,856.33 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 75.61 | 46,780.72 |
| 11/13/12 | 11 | EDWARD JONES<br>201 PROGRESS PKWY | SETTLEMENT | 1249-000 | 9,400.00 | | 56,180.72 |

Page Subtotals       9,400.00       343.30

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
|  | WATSON, MARY | Account Number / CD #: | *******7801 Checking Account |
| Taxpayer ID No: | *******3903 |  |  |
| For Period Ending: | 12/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MARYLAND HEIGHTS, MO 63043 | | | | | |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 87.22 | 56,093.50 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX 77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 84.67 | 56,008.83 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX 77092 | | | | | |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 90.38 | 55,918.45 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX 77092 | | | | | |
| 02/21/13 | 003001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 52.97 | 55,865.48 |
| | | 701 POYDRAS STREET | 2300-000      $-52.97 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 81.49 | 55,783.99 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX 77092 | | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 90.01 | 55,693.98 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX 77092 | | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 86.97 | 55,607.01 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX 77092 | | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 95.52 | 55,511.49 |
| | | US Trustee Services | | | | | |

Page Subtotals        0.00        669.23

Ver: 18.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12178 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, JOSEPH | Bank Name: | Green Bank |
|  | WATSON, MARY | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 | | |
| For Period Ending: | 12/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 80.90 | 55,430.59 |
| 07/31/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 89.44 | 55,341.15 |
| 08/30/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 95.06 | 55,246.09 |
| 09/30/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 80.52 | 55,165.57 |
| 10/31/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 89.02 | 55,076.55 |
| 11/29/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 88.87 | 54,987.68 |
| 12/31/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 85.87 | 54,901.81 |

Page Subtotals          0.00          609.68

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Bank Name: | Green Bank |
| | WATSON, MARY | | Account Number / CD #: | *******7801  Checking Account |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 12/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 94.31 | 54,807.50 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 79.88 | 54,727.62 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 82.61 | 54,645.01 |
| 04/02/14 | 003002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15<br>      2300-000          $-45.35 | 2300-000 | | 45.35 | 54,599.66 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 76.75 | 54,522.91 |
| 05/02/14 | | Transfer to Acct #*******1855 | Bank Funds Transfer | 9999-000 | | 5,452.91 | 49,070.00 |
| 05/02/14 | | Transfer to Acct #*******1855 | Bank Funds Transfer | 9999-000 | | 49,070.00 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 257,012.86 | COLUMN TOTALS | | 56,532.83 | 56,532.83 | 0.00 |
| Memo Allocation Disbursements: | 215,815.55 | Less:  Bank Transfers/CD's | | 0.00 | 54,522.91 | |
| | | Subtotal | | 56,532.83 | 2,009.92 | |
| Memo Allocation Net: | 41,197.31 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 56,532.83 | 2,009.92 | |

Page Subtotals          0.00          54,901.81

Ver: 18.03a

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | WATSON, MARY | | Account Number / CD #: | *******1855 Checking - Non Interest |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 12/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******7801 | Bank Funds Transfer | 9999-000 | 5,452.91 | | 5,452.91 |
| 05/02/14 | | Transfer from Acct #*******7801 | Bank Funds Transfer | 9999-000 | 49,070.00 | | 54,522.91 |
| 06/06/14 | 010001 | Illinois Department of Revenue P.O. Box 19009 Springfield IL 62794 | 2010 1041 | 2820-000 | | 355.00 | 54,167.91 |
| 06/06/14 | 010002 | Arizona Department of Revenue P.O. Box 52138 Phoenix AZ 85072 | 2012 | 2820-000 | | 141.00 | 54,026.91 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.04 | 53,945.87 |
| 09/30/14 | 010003 | INNOVALAW | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,965.00 | 48,980.87 |
| 09/30/14 | 010004 | INNOVALAW | Attorney for Trustee Expenses (Trus | 3120-000 | | 50.89 | 48,929.98 |
| 09/30/14 | 010005 | Alan D. Lasko & Associates 29 S. LaSalle St., Suite 1240 Chicago, IL 60603 | Accountant for Trustee Fees (Other | 3410-000 | | 1,293.20 | 47,636.78 |
| 09/30/14 | 010006 | Alan D. Lasko & Associates 29 S. LaSalle St., Suite 1240 Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 46.62 | 47,590.16 |
| 09/30/14 | 010007 | David E. Grochocinski, Trustee 1900 Ravinia Place Orland Park, IL 60462 | Trustee Compensation | 2100-000 | | 16,867.42 | 30,722.74 |
| 09/30/14 | 010008 | David E. Grochocinski, Trustee 1900 Ravinia Place Orland Park, IL 60462 | Trustee Expenses | 2200-000 | | 12.00 | 30,710.74 |
| 09/30/14 | 010009 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Claim 1, Payment 50.25321% | 7100-000 | | 10,215.79 | 20,494.95 |
| 09/30/14 | 010010 | Atlas Acquisitions LLC 294 Union St. | Claim 2, Payment 50.25321% | 7100-000 | | 3,209.15 | 17,285.80 |

Page Subtotals  54,522.91  37,237.11

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12178 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | WATSON, MARY | | Account Number / CD #: | *******1855  Checking - Non Interest |
| Taxpayer ID No: | *******3903 | | | |
| For Period Ending: | 12/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Hackensack, NJ  07601 | | | | | |
| | 09/30/14 | 010011 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  430543025 | Claim 3, Payment 50.25319% | 7100-000 | | 4,244.50 | 13,041.30 |
| | 09/30/14 | 010012 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Claim 4, Payment 50.25336% | 7100-000 | | 758.69 | 12,282.61 |
| | 09/30/14 | 010013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  198505145 | Claim 5, Payment 50.25326% | 7100-000 | | 3,504.13 | 8,778.48 |
| | 09/30/14 | 010014 | Portfolio Recovery Associates, LLC<br>c/o Heritage Chase<br>POB 41067<br>Norfolk, VA  23541 | Claim 6, Payment 50.25319% | 7100-000 | | 8,279.71 | 498.77 |
| * | 09/30/14 | 010015 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL  617023397 | Claim 7, Payment 50.25337% | 7100-003 | | 104.13 | 394.64 |
| | 09/30/14 | 010016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Claim 8, Payment 50.25277% | 7100-000 | | 394.64 | 0.00 |
| * | 10/09/14 | 010015 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL  617023397 | Claim 7, Payment 50.25337% | 7100-003 | | -104.13 | 104.13 |
| | 10/09/14 | 010017 | United States Bankruptcy Court<br>IL | Claim 7, Payment 50.25337% | 7100-001 | | 104.13 | 0.00 |

Page Subtotals       0.00       17,285.80

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-12178 -CAS | |
| Case Name: | WATSON, JOSEPH | |
| | WATSON, MARY | |
| Taxpayer ID No: | *******3903 | |
| For Period Ending: | 12/03/14 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******1855  Checking - Non Interest | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 54,522.91 | 54,522.91 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 54,522.91 | 0.00 | |
| | | | Subtotal | 0.00 | 54,522.91 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 54,522.91 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 257,012.86 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 215,815.55 | Checking Account - ********7801 | 56,532.83 | 2,009.92 | 0.00 |
| | | | Checking - Non Interest - ********1855 | 0.00 | 54,522.91 | 0.00 |
| | Total Memo Allocation Net: | 41,197.31 | | 56,532.83 | 56,532.83 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                    /s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 12/03/14
                    BRENDA PORTER HELMS, TRUSTEE

Page Subtotals           0.00           0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*